AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

```
___FILED       ___RECEIVED
___ENTERED     ___SERVED ON
            COUNSEL/PARTIES OF RECORD

        APR 2 2 2015

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEVADA

United States of America
v.
ROMAN ORTIZ

)
)
)
)
)
)
)

Case No:  3:11-cr-00021-HDM-VPC

USM No:  45773-048

Date of Original Judgment:  04/28/2014
Date of Previous Amended Judgment:  _____
*(Use Date of Last Amended Judgment if Any)*

Nisha Brooks-Whittington, AFPD
*Defendant's Attorney*

## ORDER and MODIFIED JUDGMENT
## REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☑ and stipulation by the parties ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  Thirty (30)  months **is reduced to**  Twenty-four (24) months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  04/28/2014  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  4/22/15

_____
*Judge's signature*

Effective Date:  11/01/2015
*(if different from order date)*

Howard D. McKibben, Senior U.S. District Judge
*Printed name and title*